IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

TONY P. WELCH,

    Plaintiff,

v.

FCA US LLC,

    Defendant.

Civil Action No. 7:15-cv-00335

By: Michael F. Urbanski
United States District Judge

## ORDER

For the reasons set forth in the accompanying memorandum opinion, Welch's motion for an injunction, ECF No. 35, is **DENIED** and his motion to strike, ECF No. 33, **GRANTED**. Welch's objections, ECF No. 32, are **OVERRULED** and the R&R, ECF No. 31, adopted in its entirety. FCA's motion to dismiss, ECF No. 12, is **GRANTED** in full and this case **DISMISSED with prejudice**. This case is stricken from the active docket of the court.

It is so **ORDERED**.

Entered: 09/26/2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge